**Hortence Rosenblatt, by Sarah Rosenblatt, plaintiff in error, v. Isadore Glabman and Morris Glabman, trading as Glabman Brothers, defendants in error. Gen. No. 30,898.**

Action for personal injuries to child by automobile truck. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed March 2, 1927.

Leo L. Donahoe, for plaintiff in error. Miller, Gorham, Wales & Noxon, for defendants in error; Gilbert Noxon, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Edythe Louise Dick, appellee, v. Albert Dick, appellant. Gen. No. 31,102.**

Suit for alienation of affections. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed March 2, 1927.

Frank T. Jordan, Raymond L. Fitzgerald and Elmer M. Leesman, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Julius Klose, appellee, v. Charlotte Haag, appellant. Gen. No. 31,111.**

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed March 2, 1927.

Webster, Holmes & Holmgren, for appellant; Daniel Webster and Elmer N. Holmgren, of counsel. Knapp & Campbell, for appellee; Leonard F. Martin, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Paul Adamitis, appellant, v. Nellie McArdle, appellee. Gen. No. 31,221.**

Action for balance due on promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed March 2, 1927.

Sinden & Hassell, for appellant; Clyde C. Fisher, of counsel. Jasper M. Dresser, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.